IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and INTERMUNE, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. _____<br>) |
| MICRO LABS LTD. and MICRO LABS USA INC., | )<br>)<br>) |
| Defendants. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs Genentech, Inc. and InterMune, Inc., by their attorneys, hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentees Received Notice: | On or about **December 8, 2018** Plaintiffs received notice that Defendants had filed ANDA No. 212680 for 267 mg and 801 mg pirfenidone tablets. |
| Date of Expiration of Patents: | Multiple expiration dates from **September 22, 2026** through **August 30, 2033**, subject to pending requests seeking patent term extension under 35 U.S.C. § 156. See list attached. |
| Thirty Month Stay Deadline: | **April 15, 2022** (the thirty month stay does not start to run until New Chemical Entity exclusivity expires on October 15, 2019) |

Asserted Patents and Expiration Dates:

| Patent No. | Expiration |
|---|---|
| 8,383,150 | 9/22/2026 |
| 7,767,700 | 12/18/2027 |
| 8,420,674 | 12/18/2027 |
| 7,566,729 | 4/22/2029 |
| 7,635,707 | 4/22/2029 |
| 8,592,462 | 4/22/2029 |
| 8,609,701 | 4/22/2029 |
| 7,816,383 | 1/8/2030 |
| 7,910,610 | 1/8/2030 |
| 8,013,002 | 1/8/2030 |
| 8,084,475 | 1/8/2030 |
| 8,318,780 | 1/8/2030 |
| 8,648,098 | 1/8/2030 |
| 8,754,109 | 1/8/2030 |
| 8,778,947 | 8/30/2033 |

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com

OF COUNSEL:

Mark E. Waddell
Warren K. MacRae
Ryan Hagglund
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154
(212) 407-4000

*Attorneys for Plaintiffs Genentech, Inc. and InterMune, Inc.*

January 18, 2019

2